**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CYNTHIA WOODS,

    Plaintiff,                                    Case No.  2:14-cv-12896-LPZ-DRG

v.                                                   Hon.  Lawrence P. Zatkoff

LAFONTAINE VOLKSWAGEN, INC.,
(d/b/a LAFONTAINE VOLKSWAGEN OF
DEARBORN), MICHIGAN RECOVERY
SERVICES, INC., BROWNSTOWN
TOWNSHIP, OFFICER DOE, SARGENT DOE,

    Defendants.
_____/

**ORDER OF DISMISSAL**

On December 9, 2014, this Court entered a stipulated order dismissing Plaintiff Cynthia Woods' claims against Defendants LaFontaine Volkswagen, Inc., and Michigan Recovery Services, Inc., and submitting the claims to arbitration [dkt. # 18]. On January 23, 2015, the Court received a stipulated order of dismissal from Plaintiff dismissing all remaining claims against all remaining parties [dkt. # 19]. Pursuant to this stipulation, the matter will be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. This is the final order in this matter and closes the case.

IT IS SO ORDERED.

                                                                        s/Bernard A. Friedman   for
                                                                        Hon. Lawrence P. Zatkoff
Date:  January 27, 2015                           United States District Court